# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-87-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW TODD STUMP, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 25), and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the jury trial set for Monday, May 13, 2024 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __18th__ day of April, 2024.

SUSAN P. WATTERS
United States District Court Judge

1